

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00116-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Maria Elena **RODRIGUEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03294
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Maria Elena Rodriguez, recover her costs of this appeal from appellant, the City of San Antonio

SIGNED August 30, 2013.

Catherine Stone, Chief Justice